ingly ordered that the sentence shall be reformed so as to conform to the verdict of the jury.

The judgment, as reformed, is affirmed.

Opinion approved by the Court.

## JACKSON v. STATE.
### No. 25067.

Court of Criminal Appeals of Texas.

Jan. 3, 1951.

## BOLT v. STATE.
### No. 25087.

Court of Criminal Appeals of Texas.

Jan. 3, 1951.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

Appellant was convicted for the offense of felony theft and the jury, by their verdict, assessed his punishment at two years confinement in the penitentiary.

There are no bills of exception and no statement of facts.

The sentence erroneously states that the defendant shall be confined in the penitentiary for a term of five years. It is accord-

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for unlawfully driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $100.

The record is before us without a statement of facts or bills of exception. All the proceedings appear regular.

The judgment of the trial court is affirmed.